UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SIDNEY CURRY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | Case No. 3:24-cv-01256<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

This matter is set for an initial case management conference on December 19, 2024 at 9:30 a.m. (Doc. No. 6.) The Court's conference line has been changed. Counsel for each party shall call (650) 479-3207 and enter access code 2317 604 8628# to participate. When the parties are prompted to provide the participant identification number, select # to be connected to the conference.

The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge